**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 18, 2024.**



_____
**CRAIG A. GARGOTTA
CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 22-51471 |
| H.R. BRUN & COMPANY, INC. | § | |
| | § | |
| | § | CHAPTER 7 |
| | § | |
| JOSE RODRIGUEZ, CHAPTER 7 TRUSTEE FOR THE ESTATE OF H.R. BRUN & COMPANY, INC. | § § § | |
| *Plaintiff/Counter-Defendant,* | § | ADVERSARY PROCEEDING NO. 23-5038-CAG |
| | § | |
| v. | § | |
| | § | |
| J&J MAINTENANCE, INC. D/B/A J&J WORLDWIDE SERVICES, | § § | |
| *Defendant/Counter-Plaintiff,* | § | |

### AGREED ORDER

TO THE HONORABLE COURT:

As evidenced by the signatures below of counsel for Jose Rodriguez, the Chapter 7 Trustee for the Estate of H.R. Brun & Company, Inc. and J&J Maintenance, Inc. d/b/a J&J Worldwide, the parties have agreed as follows and therefore the Court **HEREBY ORDERS**:

1. The Trustee's Motion to Supplement the Record in support of the Trustee's objection to J&J's Partial Motion for Summary Judgment (ECF No. 164) is **GRANTED**.

2. **IT IS FURTHER ORDERED** J&J may file a response to the evidence and arguments contained in the Trustee's Motion to Supplement on or before October 24, 2024.

3. **IT IS FURTHER ORDERED** the hearing on J&J's Partial Motion for Summary Judgment (ECF No. 61) is set for 8:00 a.m. **on Thursday, November 7, 2024**.

**IT IS SO ORDERED.**

# # #

**ORDER AGREED TO AND ENTRY REQUESTED BY:**

**DAVIS & SANTOS, PLLC**

By:   */s/ Caroline Newman Small*
      Caroline Newman Small
      State Bar No. 24056037
      E-mail: *csmall@dslawpc.com*
      Santos Vargas
      State Bar No. 24047026
      E-mail: *svargas@dslawpc.com*
      Landon M. Hankins
      State Bar No. 24100924
      E-mail: *lhankins@dslawpc.com*
      719 S. Flores Street
      San Antonio, Texas 78204
      Telephone: (210) 853-5882
      Facsimile: (210) 200-8395
      ***Counsel for J&J Maintenance, Inc.***

*-AND-*

**PULMAN CAPPUCCIO & PULLEN, LLP**

By:   */s/ Randall A. Pulman*
      Randall A. Pulman
      Leslie Sara Hyman
      Anna K. MacFarlane
      2161 NW Military Hwy, Suite 400
      San Antonio, Texas 78213
      Telephone: (210) 222-9494
      E-mail: *rpulman@pulmanlaw.com*
      E-mail: *lhyman@pulmanlaw.com*
      E-mail: *amacfarlane@pulmanlaw.com*
      ***Special Counsel for Chapter 7 Trustee,***
      ***Jose C. Rodriguez***